## MARVIN GIBSON V. THE STATE.

No. 9904.  Delivered March 17, 1926.

**Sale of Intoxicating Liquor—No Statement of Facts—No Bill of Exception.**

Appellant entered a plea of guilty.  The record contains no statement of facts and no bill of exception.  No fundamental error appearing, the cause is affirmed.

Appeal from the District Court of Cass County.  Tried below before the Hon. Hugh Carney, Judge.

Appeal from a conviction for the sale of intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry Jr.*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful sale of intoxicating liquors; punishment fixed at confinement in the penitentiary for one year.

Appellant entered a plea of guilty and the lowest penalty was assessed.

The record is before us without a statement of the facts. Nothing is brought forward for review by way of bill of exceptions.  No fundamental error has been perceived.

The judgment is affirmed.

*Affirmed.*